## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| THANG HONG LUU, CHIN BA NGO, HUNG VAN NGUYEN, NO HAI LE, HAI THANH PHAN, TUYEN VAN VU, HOP DUC TON, GIANG DUC TRAN, GIANGSY NGHIEM, NHAM VAN HO, HUYNH KHAC BUI, SY DUNG NGUYEN, DUC MINH NGUYEN, JOHN DOE 1 through 43, ET AL.<br><br>Vs.<br><br>INTERNATIONAL INVESTMENT TRADE AND SERVICE GROUP A/K/A INTERSERCO and GENERAL AUTOMOTIVE INDUSTRY CORPORATION OF VIETNAM A/K/A VINAMOTORS | C.A. NO.<br>3:11-CV-00182 |

### ORDER DEEMING PLAINTIFFS' FIRST REQUESTS FOR ADMISSIONS ADMITTED

ON THIS DAY CAME THE PARTIES, by counsel, On Plaintiffs' Motion to Deem Plaintiffs' First Request for Admissions Admitted. This Court, having considered the Motion, the evidence of record, and the arguments of Counsel is of the opinion that the Plaintiffs' Motion is meritorious, and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion to Deem Plaintiffs' First Request for Admissions Admitted is, in all things, GRANTED.

The Requests for Admissions found in Exhibit A to Plaintiffs' Motion are HEREBY DEEMED ADMITTED. IT IS SO ORDERED

Signed February 21, 2012.

_____
Judge Presiding

