AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Thang Hong Luu, et al
*Plaintiff*

v.

International investment trade and Service Group, et al
*Defendant*

Civil Action No. 3:11-CV-00182

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* International Investment Trade and Service Group a/k/a Interserco

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony G. Buzbee
Buzbee Law Firm
JP Morgan Chase Tower
600 Travis, Ste. 7300
Houston, Tx 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  **DAVID J. BRADLEY**

Date: APR 29 2011

*Signature of Clerk or Deputy Clerk*



PLAINTIFF'S EXHIBIT
D

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* International Investment Trade and Service Group a/k/a Interserco was received by me on *(date)* 06/03/2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* General Pham Van Yen (officer & son of owner) , who is designated by law to accept service of process on behalf of *(name of organization)* International Investment Trade and Service Group a/k/a Interserco on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 1,675.00 for services, for a total of $ 1,675.00 .

I declare under penalty of perjury that this information is true.

Date: 06/29/2011

*Server's signature*

Peter Huxley, Process Server
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:
Addess of service: 358 Lang Road, Dong Da District, Hanoi, Vietnam
Served on: 6/28/2011, at 9:50 AM

Documents served:
Summons in a Civil Action; Plaintiff's Original Complaint