**INTERNATIONAL INVESTMENT TRADE
AND SERVICES GROUP**

358 Lang Road, Dong Da District
Hanoi, Vietnam
and

**TOURIST, TRADE AND LABOR UNITED
STATES OF AMERICA JOINT STOCK
COMPANY**

50/125 Nguyen Ngoc Vu Street, Trung Hoa Ward
Cau Giay District, Hanoi, Vietnam

United States Courts
Southern District of Texas
FILED

AUG 0 4 2011

Clerk of Court

*Reference No.:*   IN.TTLC/001
*Date:*   26 July 2011

To:   THANG HONG LUU, CHIN BA NGO, HUNG VAN NGUYEN, NO HAI LE, HAI THANH PHAN, TUYEN VAN VU, HOP DUC TOAN, GIANG DUC TRAN, GIANG SY NGHIEM, NHAM VAN HO, HUYNH KHAC BUI, SI DUNG NGUYEN, DUC MINH NGUYEN, JOHN DOE 1 through 43, ET AL ("Plaintiffs")

**THE BUZBEE LAW FIRM**
JPMorgan Chase Tower, 600 Travis, Suite 7300, Houston, Texas, 77002
Tel:   (713) 223-5393
Fax:   (713) 223-5909

Anthony Buzbee / State Bar No.: 24001820 / S.D No.: 22679



**THE TAMMY TRAN LAW FIRM**
2915 Fannin Houston, Texas 77002
Tel:   713-655-0737
Fax:   713-655-0823

Tammy Tran / State Bar No.: 20186400
Pete Mai / State Bar No.: 24029702
John Na / State Bar No.: 24074786
Catherine Le / State Bar No.: 24060144

THE BUZBEE LAW FIRM and THE TAMMY TRAN LAW FIRM, together, Plaintiffs' Attorneys.

<u>Civil Action No. 3:11-CV-00182</u>

**<u>INITIAL ANSWER TO THE COMPLAINT OF THE PLAINTIFFS</u>**

<u>Introductions</u>

1.   INTERNATIONAL INVESTMENT TRADE AND SERVICES GROUP, having its registered address at 358 Lang Road, Dong Da District, Hanoi, Vietnam (hereinafter referred to as "**INTERSERCO**"), received on 7 July 2011 the Notice attached with Summon in Civil Action No. 3:11-CV-00182 (hereinafter referred to as "**Notice**") dated 29 April 2011 of the United States District Court for the



PLAINTIFF'S
EXHIBIT
E

Southern District of Texas, signed by David J. Bradley, Clerk of the Court informing us about the lawsuit which was filed against us and reiterated Plaintiffs' Original Complaint submitted on 11 April 2010 by The Buzbee Law Firm and Tammy Tran Law Firm acting for the Plaintiffs.

2. The Summon and Complaint was later on forwarded by INTERSERCO to TOURIST, TRADE AND LABOR UNITED STATES OF AMERICA JOINT STOCK COMPANY having its registered address at 50/125 Nguyen Ngoc Vu Street, Trung Hoa Ward, Cau Giay District, Hanoi, Vietnam ("**TTLC**"), being the entity entering into the agreement with some of the Plaintiffs. The Complaint referred Corporation Vietnam Automobile Industry (whose correct name is Vietnam Motors Industry Corporation) having its registered address at 120 Hang Trong, Hoan Kiem, Hanoi, Vietnam ("**Vinamotor**"), as one of the defendants, however, Vinamotor, being one of the shareholders of TTLC, is actually not a party to the agreement signed with any of the Plaintiffs, therefore, there is no reason at all for Vinamotor to answer any complaint of the Plaintiffs.

### Statement of facts

Actually, INTERSERCO and TTLC are very surprised with the accusations in the Plaintiffs' complaint, therefore, together agree to answer and affirm our position as follows:

#### *Legal capacity of INTERSERCO and TTLC*

3. INTERSERCO and TTLC are the companies legally established and operating under the laws of Vietnam. One of the main registered business activities of the two companies is to provide services in the field of sending labors to work abroad.

4. Up to now, the two companies have successfully and effectively assisted hundreds of labors being Vietnamese citizens to work aboard and services provided by INTERSERCO and TTLC have been always appreciated by the labors and the foreign employers.

#### *Agreements between the Plaintiffs and INTERSERCO/TTLC are legal and conformable with policies of Vietnam*

5. As the entities legally operating in the field of seconding Vietnamese labors to work abroad, INTERSERCO and TTLC contacted and worked with the employer in the United States of America for the secondment of labors being Vietnamese citizens for working their. INTERSERCO and TTLC then were asked by the Plaintiffs to provide consulting services and assistances in order to help them to be recruited by the employer to work in the United States of America.

6. The consulting service agreements between INTERSERCO/TTLC and the Plaintiffs then were made and signed in accordance with provisions of the laws and policies of Vietnam. Beside the agreements, INTERSERCO and TTLC received many documents from the Plaintiffs stating that they voluntarily signed and accepted the conditions of the agreements. The employment contracts then has been signed directly between the Plaintiffs and the US employer with the diligent verification, certification and approval by the competent authorities of the United States of America by grant of the visa so that the Plaintiffs had been permitted to enter into and work in the United States of America. It is noted that INTERSERCO and TTLC are only the labor service providers and intermediary between the employees (i.e. Plaintiffs) and the employer (i.e. Coast to Coast Resources, Inc, and its agent, ILP Agency, LLC), and have no right, power and

obligation to intervene into the employment contracts between the employees and the employer, thus must not be liable for any wrongful conduct and/or breach of any party (if any) in respect of such employments contracts.

### Allegations, averments, accusations and requests of Plaintiffs are totally groundless and untrue

7. Actually, INTERSERCO and TTLC created many advantaged conditions and supports to the Plaintiffs, including assisting them to apply for vocational trainings and then take skill examinations, guiding them to obtain VISA and open bank account for remittance of money for air ticket for the travel from Vietnam to the United States of America and other expenses as required, etc. However, for the purpose of trying to stay in the United States of America, the Plaintiffs ignored the agreements and commitments as signed by the parties and made a complaint to submitted to the court with groundless, untrue and unacceptable allegations, averments, accusations and requests, particularly:

   (i) The allegations, averments, accusations of the Plaintiff as reiterated in Paragraphs 19, 22 and 23 of the Notice are totally groundless and untrue. Actually, INTERSERCO and TTLC had many evidences which can prove that the working and living conditions of the Plaintiffs and other labor are actually good and the Plaintiffs' accusation are untrue;

   (ii) The allegations, averments, accusations of the Plaintiff as reiterated in Paragraph 21 of the Notice are groundless and untrue. Actually, the fees for consulting and management services received by INTERSERCO and TTLC are charged by INTERSERCO and TTLC and paid by the Plaintiffs in accordance with the agreements signed by parties, regulations and provisions of the laws of Vietnam;

   (iii) The allegations, averments, accusations of the Plaintiff as reiterated in Paragraph 24 of the Notice are groundless and untrue. Actually, the agreements singed between INTERSERCO/TTLC and the Plaintiffs clearly provides the term of jobs for the Plaintiffs to work in the United States of America. And, INTERSERCO/TTLC has never earned money by replacing any of the Plaintiffs by other labors. It can be affirmed that no new labors was employed by INTERSERCO/ TTLC to replace any of the Plaintiffs to work in the United States of America until now;

   (iv) The allegations, averments, accusations of the Plaintiff as reiterated in Paragraph 25 of the Notice are groundless. In fact, each of the Plaintiffs received their waves and other amounts of money equivalent to the time that they worked there and in accordance with terms and conditions of the employment contract signed between them and the US employer. Actually, there was no claims made by the Plaintiffs during the time they worked in the United States of America. Also, through the information gathered from the Vietnamese employees who have been back from the United States of America and the Plaintiffs' families in Vietnam, the allegations from the Plaintiffs are totally untrue and incorrect, therefore, it is requested that the Court should verify the truth of the allegations, as there would be possibility that those are made for actual purpose of their legalized stay in the United States of America;

   (v) All other allegations, averments, accusations and requests of the Plaintiffs as in Paragraphs from 1 to 18 and from 26 to 40 are totally groundless, untrue and unacceptable. The Plaintiffs has no sufficient evidence and argument for

relevant allegations, averments, accusations and requests.

## INTERSERCO/TTLC have sufficient arguments and evidences to prove their legitimacy/properness and to oppose the accusations made by the Plaintiffs

8. INTERSERCO and TTLC have collected many evidences to prove their legitimacy/properness and to oppose the accusations made by the Plaintiffs. The breaches by the Plaintiffs of the services agreements and employment contracts and their actions have been causing damages to INTERSERCO and TTLC and also to the US-Vietnam relationship, and therefore, INTERSERCO and TTLC shall be entitled to and still reserve the right to suit against the Plaintiffs to the courts of Vietnam and other jurisdictions.

## Conclusions

9. Based on our review of the relevant facts in respect of the Plaintiffs and the opinions from the relevant authorities and parties, we would come to the conclusion that the actions of the Plaintiffs neither based on the laws on labor nor the employment contract between the employees and the employer but by referring to unrelated Acts, including Trafficking Victims Protection Reauthorization Act of 2005, 13th Amendment to the United States Constitution, Alien Torts Claims Act and other acts of the federation and state which made confusion on the nature of the case for the purpose of their stay in the United States of America. We strongly affirm that their claims are totally not related to INTERSERCO and TTLC since we are just the parties providing secondment services for and assisting Vietnamese citizens to work abroad but not the employer who made and signed the employment contracts and directly worked with the Plaintiffs. Thus, INTERSERCO and TTLC hereby reaffirm that all allegations, averments, accusations and requests of the Plaintiffs are groundless, untrue and unacceptable and shall request the court to inspect, verify and dismiss those allegations, averments, accusations and requests of the Plaintiffs.



10. All correspondences from now on please send us with a copy to our law firm as detailed below acting for and representing us:

BIZLINK LAWYERS & CONSULTANTS
Unit 1502A, 15th Fl., Charm Vit Tower, 117 Tran Duy Hung St.
Cau Giay Dist., Hanoi, Vietnam
Telephone:   84 4 35148355
Fax:              84 4 35148344

| FOR AND ON BEHALF OF TOURIST, TRADE AND LABOR EXPORT JOINT STOCK COMPANY | FOR AND ON BEHALF OF INTERNATIONAL INVESTMENT TRADE AND SERVICES GROUP |
|---|---|
| General Director | Director of International Training Manpower Supply Center |
| **Hoang Van Hung** | **Vu Thanh Hai** |