IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THANG HONG LUU, CHIN BA NGO, HUNG VAN NGUYEN, NO HAI LE, HAI THANH PHAN, TUYEN VAN VU, HOP DUC TON, GIANG DUC TRAN, GIANG SY NGHIEM, NHAM VAN VO, HUYNH KHAC BUI, SY DUNG NGUYEN, DUC MINH NGUYEN, JOHN DOE 1 through 43, ET AL. §§§§§§§§§§ VS. §§ INTERNATIONAL INVESTMENT TRADE AND SERVICE GROUP A/K/A INTERSERCO and GENERAL AUTOMOTIVE INDUSTRY CORPORATION OF VIETNAM A/K/A VINAMOTORS, §§§§§§§ | C.A. NO. 3:11-CV-00182 |

## AFFIDAVIT OF ANTHONY G. BUZBEE

**THE STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned notary, on this day, personally appeared Anthony Buzbee, a person whose identity is known to me. After I administered an oath to him, upon his oath, he stated:

1. My name is Anthony Buzbee. I am over the age of eighteen (18), a resident of the State of Texas and have never been convicted of a crime of moral turpitude.

2. I am an attorney licensed to practice law within the State of Texas and whose license is duly on file with the appropriate authorities within the State of Texas. Likewise, I am admitted to practice law in the United States District Court, Southern Division.

3. I am attorney of record for the Plaintiffs in the above-styled cause of action

4. I have first-hand knowledge of the matters set forth below.

5. The summary judgment evidence attached hereto and incorporated by reference into Plaintiffs' Motion for Summary Judgment against Defendant International Investment



1

Trade and Service Group a/k/a Interserco ("Interserco") is true and correct copies of the originals of said documents.

6. The attached summary judgment evidence is admissible and sufficient to support the relief requested in Plaintiffs' motion.

7. The Defendant, Interserco, was served with process by a duly appointed process server in Vietnam. Personal service was made as is proper under the laws of Vietnam.

8. Interserco's counsel appeared by phone at a Rule 16 Scheduling conference with this Honorable Court, and did not raise any personal jurisdiction, or service defense.

9. Interserco and its counsel were served with copies of Plaintiffs' Requests for Admission, but never responded to them. Such Admissions were deemed to be admitted by this Court.

Further affiant sayeth not.

_____
Anthony G. Buzbee

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public on this the ____ day of February 2012.

SUSAN DIANE JACKSON
Notary Public, State of Texas
My Commission Expires
May 29, 2013

_____
Notary Public in and for
The State Of Texas

2