IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THANG HONG LUU, CHIN BA NGO, HUNG VAN NGUYEN, NO HAI LE, HAI THANH PHAN, TUYEN VAN VU, HOP DUC TON, GIANG DUC TRAN, GIANG SY NGHIEM, NHAM VAN VO, HUYNH KHAC BUI, SY DUNG NGUYEN, DUC MINH NGUYEN, JOHN DOE 1 through 43, ET AL. § § § § § § § § § § VS. § § INTERNATIONAL INVESTMENT TRADE § AND SERVICE GROUP A/K/A § INTERSERCO and GENERAL § AUTOMOTIVE INDUSTRY CORPORATION § OF VIETNAM A/K/A VINAMOTORS, § | C.A. NO. 3:11-CV-00182 |

### ORDER GRANTING SUMMARY JUDGMENT AGAINST DEFENDANT INTERNATIONAL INVESTMENT TRADE AND SERVICE GROUP

On this day came to be considered Plaintiffs' Motion for Summary Judgment against Defendant International Investment Trade and Service Group a//k/a Interserco ("Interserco"). After considering the motion, the attached summary judgment evidence, the pleadings on file, the controlling case law, and any response, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiffs' motion for summary judgment is granted in its entirety, all liability claims against Interserco are disposed of on the merits.

2

Furthermore, the Court has scheduled a hearing for _____, 2012 at _____ a.m. to determine actual damages as to each individual Plaintiff, attorneys' fees, and to assess exemplary damages against Interserco.

SIGNED this \_\_ day of _____, 2012.

                                                  _____
                                                Kenneth M. Hoyt
                                                United States District Judge