UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THANG HONG LUU, CHIN BA NGO, HUNG VAN NGUYEN, NO HAI LE, HAI THANH PHAN, TUYEN VAN VU, HOP DUC TON, GIANG DUC TRAN, GIANGSY NGHIEM, NHAM VAN HO, HUYNH KHAC BUI, SY DUNG NGUYEN, DUC MINH NGUYEN, and JOHN DOES 1-43,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL INVESTMENT TRADE AND SERVICE GROUP A/K/A INTERSERCO, and GENERAL AUTOMOTIVE INDUSTRY CORPORATION OF VIETNAM A/K/A VINAMOTORS,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:11-cv-00182 |

### JOINT STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT VINAMOTOR

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and Defendant Vietnam Motors Industry Corporation[1] ("Vinamotor") hereby move for an order dismissing without prejudice all of Plaintiffs' claims against Vinamotor. Each party to bear its own costs and fees.

SO STIPULATED AND AGREED:

---

[1] Vietnam Motors Industry Corporation is the correct legal name for the defendant mistakenly named General Automotive Industry Corporation of Vietnam in Plaintiffs' Complaint.

1

DATED: April 2, 2013

By:    /s/ Tammy Tran
    Minh Tam Tran
    *Attorney-in-Charge*
    Texas Bar No. 20186400
    Southern District I.D. No. 328541

The Tammy Tran Law Firm
2915 Fannin
Houston, TX 77002
713-655-0737
Fax: 713-655-0823
Email: ttran@tt-lawfirm.com

**ATTORNEY FOR PLAINTIFFS**

By:   /s/ Charles S. Kelley
    Charles S. Kelley
    *Attorney-in-Charge*
    Texas Bar No. 11199580
    Southern District I.D. No. 15344

MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
(713) 238-2634
(713) 224-4634 FAX
Email: ckelley@mayerbrown.com

**ATTORNEY FOR DEFENDANT VIETNAM MOTORS INDUSTRY CORP. A/K/A VINAMOTOR**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document is being automatically served on all known Filing Users in this matter through the Court's Notice of Electronic Filing Service, on this the 2nd day of April, 2013.

    Charles S. Kelley
    MAYER BROWN LLP
    700 Louisiana Street, Suite 3400
    Houston, Texas 77002-2730
    (713) 238-2634
    (713) 224-4634 FAX
    Email: ckelley@mayerbrown.com

                                      /s/ Tammy Tran
                                      TAMMY TRAN