UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THANHG HONG LUU, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 3:11-CV-182 |
| § | |
| INTERNATIONAL INVESTMENT § | |
| TRADE & SERVICE GROUP A/K/A § | |
| INTERSERCO; aka INTERSERCO, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Plaintiff filed an Agreed Motion to Dismiss Defendant Vinamotor without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Given the parties' agreement, the Court **GRANTS** the motion.

It is therefore **ORDERED**, that Plaintiff's Motion to Dismiss Defendant Vietnam Motors Industry Corporation ("Vinamotor"), is **GRANTED** without prejudice.

It is further, ORDERED, that all costs herein incurred be taxed against the party incurring same.

SIGNED this 10th day of April, 2013.

_____
Gregg Costa
United States District Judge