UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THANG HONG LUU, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:11-CV-182 |
| | § | |
| INTERNATIONAL INVESTMENT | § | |
| TRADE & SERVICE GROUP A/K/A | § | |
| INTERSERCO; aka INTERSERCO, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this order.

It is so Ordered.

SIGNED this 6th day of August, 2014.

_____
Gregg Costa
United States Circuit Judge[*]

---

[*] Sitting by designation